United States District Court
Southern District of Texas
**ENTERED**
February 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jamal Qureshi; and | ) | |
| All Others Similarly Situated | ) | |
| Plaintiffs, | ) | Civil Action |
| | ) | File No. 4:18-cv-00441 |
| v. | ) | |
| | ) | |
| Sunny Jewanee; Cypresswood Fortune, Inc.; | ) | |
| Fallbrook Fortune, Inc.; Irvington Business, | ) | Jury Demanded |
| Inc.; Littleyork Enterprise, LLC; Louetta | ) | |
| Fortune, Inc.; South Post Oak Business, | ) | |
| L.L.C.; Suncroft Business, Inc.; and | ) | |
| Wallisville Enterprise, Inc. | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## Dismissal Order

Pursuant to the parties' Joint Stipulation of Full and Final Dismissal with Prejudice, it is

hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Signed at Houston, Texas this __22nd__ day of __February_____, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE